UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CARTER ELLIS, *et al.*, | ) | Case No. 1:18-cv-01058 |
| Plaintiffs, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| *v.* | ) ) ) | MAGISTRATE JUDGE THOMAS M. PARKER |
| CA RESTAURANT GROUP, LLC d/b/a SQUARE 22 RESTAURANT AND BAR, *et al.*, | ) ) ) ) | **EXHIBIT 3: FINAL AMENDED INDIVIDUAL PAYMENTS ALLOCATION SCHEDULE** |
| Defendants. | ) ) | |

| Name | Payments to Settlement Class Members Pursuant to Settlement Part IV, Paragraph 2 |
|---|---:|
| Beckman, Melissa | $10,073.67 |
| Boardman, Wade | $495.98 |
| Bounce, Sheryl | $72.30 |
| Buck, Gina | $1,098.48 |
| Buckley, Erika | $3,027.48 |
| Denis, Vicki | $8,310.45 |
| Dickson, Alison | $1,616.32 |
| DiPaolo, Alexandra | $778.70 |
| Dohar, Charlene | $338.56 |
| Donoughe, Amber | $88.61 |
| Dux, Amanda | $4,755.34 |
| Ellis, Carter | $4,044.14 |
| Ellis, Madison | $8,832.80 |
| Fallon, Christine | $5,053.71 |
| Garskie, Brenda | $642.44 |
| Hilton, Eddie | $1,292.76 |

| | |
|---|---:|
| Joyce, Mikey | $10,146.27 |
| Kurnick, Katie | $376.75 |
| Lombardo, Amber | $1,983.84 |
| McGucken, Nicholas | $1,656.99 |
| McNicholas, Shane | $13,415.48 |
| Morgan, Scotlynn | $7,770.10 |
| Noviski, Peyton | $50.00 |
| Pellack, Courtney | $7,020.92 |
| Poshedley, Tiffany | $50.00 |
| Ryman, Julie | $6,684.06 |
| Schmiedt, Chris | $5,593.75 |
| Seward, Emily | $848.59 |
| Shaver, Duane | $1,799.40 |
| Simmen, Michael | $6,518.79 |
| Smith, Brittany | $7,690.20 |
| Smith, Gregory | $50.00 |
| Stelmakh, Khrystyna | $7,668.16 |
| Stosic, Victoria | $4,066.14 |
| Urban, Ricki | $578.88 |
| Walters, Sunny | $10,096.56 |
| Williams, Claytin | $4,761.84 |
| Young, Jackie | $1,433.76 |
| **Totals** | **$150,782.22** |

| Name | Payments to Named Plaintiffs and Opt-Ins Pursuant to Settlement Part IV, Paragraph 3, Item (a) |
|---|---|
| Buck, Gina | $2,196.97 |
| Buckley, Erika | $6,054.97 |
| Ellis, Carter | $8,088.28 |
| Ellis, Madison | $17,703.29 |
| Fallon, Christine | $10,107.42 |
| Lombardo, Amber | $3,974.55 |
| Morgan, Scotlynn | $14,937.81 |
| Pellack, Courtney | $14,079.17 |
| Ryman, Julie | $13,367.91 |
| Simmen, Michael | $13,046.15 |
| Williams, Claytin | $9,982.96 |
| **Totals** | **$113,539.48** |

| Name | Payments to Named Plaintiffs and Opt-Ins Pursuant to Settlement Part IV, Paragraph 3, Item (b) |
|---|---|
| Buck, Gina | $532.00 |
| Buckley, Erika | $521.46 |
| Ellis, Carter | $1,207.64 |
| Ellis, Madison | $2,408.58 |
| Fallon, Christine | $2,205.00 |
| Lombardo, Amber | $9.40 |
| Pellack, Courtney | $1,293.64 |
| Ryman, Julie | $1,624.15 |
| Simmen, Michael | $1,836.73 |
| **Totals** | **$11,638.60** |

| Name | Service Award Payments to Named Plaintiffs Pursuant to Settlement Part IV, Paragraph 4 |
|---|---|
| Ellis, Carter | $5,000.00 |
| Ellis, Madison | $5,000.00 |

4